UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT SEXTON §<br>    Plaintiff §<br>§<br>v. §<br>§<br>THE CINCINNATI INSURANCE COMPANY §<br>    Defendant §<br>§ | Case No. 1:15-CV-00230-LY |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Sexton and Defendant The Cincinnati Insurance Company each and by and through their respective undersigned counsel advise the Court that this case is being dismissed by agreement, and accordingly, Plaintiff DISMISSES WITH PREJUDICE, any and all claims against Defendant, pursuant to Rule 41(a)(1)(A)(ii).

Plaintiff and Defendant, as evidenced by the signatures of their respective attorneys of record, stipulate to dismissal and respectfully request that an Order be entered DISMISSING this lawsuit WITH PREJUDICE and directing the Clerk of the Court to administratively close this matter. All costs of Court shall be taxed against the party incurring same.

1

Respectfully submitted,

**DESHAZO & NESBITT, LLP**

By: /s/ Scott F. DeShazo
Scott F. DeShazo
State Bar No. 24011414
sdeshazo@dnaustin.com
Thomas A. Nesbitt
State Bar No. 24007738
tnesbitt@dnaustin.com
DESHAZO & NESBITT, LLP
809 West Avenue
Austin, Texas  78701
(512) 617-5560
(512) 617-5563 Fax
**ATTORNEYS FOR PLAINTIFF
ROBERT SEXTON**

By: _____
David E. Chamberlain
State Bar No. 04059800
dchamberlain@cmhc-law.com
Erin Westendorf
State Bar No. 24042412
ewestendorf@cmhc-law.com
CHAMBERLAIN • MCHANEY
301 Congress, 18th Floor
Austin, Texas  78701
(512) 474-9124
(512) 474-8582 Fax
**ATTORNEYS FOR DEFENDANT
THE CINCINNATI INSURANCE COMPANY**