IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT SEXTON, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:15-CV-0230-LY |
| | § | |
| THE CINCINNATI INSURANCE COMPANY, | § § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the parties' Agreed Stipulation of Dismissal with Prejudice filed May 11, 2015 (Clerk's Document No. 7). The parties jointly stipulate that the action be dismissed with prejudice and that all costs of court be borne by the party incurring them. Having considered the stipulation and the case file,

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party bear its own costs of court.

As there are no disputes remaining between the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this _12th_ day of May, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE